JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TATEVIK VANYAN,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING,

Respondent.

Case No. ED CV 26-4620 FMO (AYP)

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondent shall release petitioner Tatevik Vanyan (A# 249-380-949) forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondent shall not impose any release conditions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2. Respondent shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

3. Respondent shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government

bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondent shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

4. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

5. The above-captioned action is dismissed without prejudice.

Dated this 25th day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge